UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN DUANE JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>ROY KIM,<br><br>        Defendant. | Case No.  26-cv-00686-VC<br><br>**ORDER OF DISMISSAL** |

Warren Duane Jackson filed a "Criminal Complaint on Roy Kim." The same day, the Clerk sent Jackson two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Jackson if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Jackson has not filed the two documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2026

_____
VINCE CHHABRIA
United States District Judge